**Order entered June 10, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00038-CR

**GEOFFREY ROSS RIMES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80654-2020**

## ORDER

Before the Court is appellant's June 10, 2021 third motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by July 9, 2021.

/s/    DENNISE GARCIA
           JUSTICE